FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -N

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| LISA A. WOLFF, ) | |
| ) | |
| Plaintiff, ) | 3702 |
| ) | |
| v. ) | CA No. L02-CV-3922 |
| ) | |
| LITTON ADVANCED SYSTEMS, ) | |
| INC. ) | |
| and ) | |
| ) | |
| NORTHROP GRUMMAN SYSTEMS ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants Litton Advanced Systems, Inc.'s and Northrop Grumman Systems Corp.'s Motion for Extension of Time to Answer, Move or Otherwise Reply to Plaintiff's Complaint, it is by the Court this __7th__ day of __March__ 2003 **ORDERED** that Defendants' Motion is hereby **GRANTED**; and

Defendants Litton Advanced Systems, Inc. and Northrop Grumman Systems Corp. shall have until March 17, 2003 to answer, move or otherwise reply to Plaintiff's Complaint.

/s/
Benson Everett Legg
Chief Judge