IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| LISA A. WOLFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. L02-CV-3932 |
| ) | |
| LITTON ADVANCED SYSTEMS, ) | |
| INC. ) | |
| and ) | |
| ) | |
| NORTHROP GRUMMAN SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### DISCLOSURE OF DEFENDANTS' CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 103.3 of the Local Civil Rules of the United States District Court for the District of Maryland, Defendants Litton Advanced Systems, Inc. and Northrop Grumman Corporation[1/] (jointly, "Defendant"), by and through their undersigned counsel, hereby certify that Northrop Grumman Corporation is a publicly held corporation and owns a majority interest in a subsidiary corporation, Litton Industries, Inc., of which Litton Advanced Systems, Inc. is a business unit. Neither Litton Industries, Inc. nor Litton Advanced Systems, Inc. is a separate corporate entity from Northrop Grumman Corporation. No corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Civil Rule 103.3.

1-WA/1947632.1

Dated: March 14, 2003                           Sincerely,

                                                _/s/_____
                                                James J. Kelley (Bar No. 06669)
                                                Christine B. Cox (Bar No. 14878)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1111 Pennsylvania Ave., NW
                                                Washington, D.C.  20036
                                                202.739.3000
                                                202.739.3001 (facsimile)

                                                Counsel for Defendants
                                                LITTON ADVANCED SYSTEMS, INC. and
                                                NORTHROP GRUMMAN CORPORATION

---

1/     Plaintiff names "Northrop Grumman Systems Corporation" as a defendant in this Complaint. The correct name of the corporate entity is "Northrop Grumman Corporation."

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Disclosure of Corporate Affiliations and Financial Interests was served this 14th day of March 2003, by first class mail, postage prepaid, on the following counsel of record for Plaintiff:

> Mindy G. Farber, Esq.
> R. Douglas Taylor, Jr., Esq.
> FARBER TAYLOR
> Once Central Plaza, Suite 808
> 11300 Rockville Pike
> Rockville, MD   20852
> 301.881.6800
> 301.770.3927 (facsimile)

_____
Christine B. Cox