April 4, 2003

The Honorable William D. Quarles, Jr.
United States District Court for
 the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    **Re:**    **Lisa A. Wolff v. Litton Advanced Systems, Inc.,** *et al.*
              **United States District Court for the District of Maryland**
              **Case No. WDQ-02-3932**

Dear Judge Quarles:

      This law firm represents plaintiff, Lisa A. Wolff in the above case. Pursuant to the Court's March 25, 2003 Scheduling Order, I am writing to request a thirty day enlargement of the discovery deadlines set forth in the Scheduling Order. We are requesting the additional time due to the fact that Ms. Wolff has an uncertain work schedule coming up and may even be called to leave the country for a short time. I have discussed this matter with Christine Cox, counsel for defendant, who does not object to the proposed thirty day extension of discovery.

      We appreciate your consideration in this matter.

                        Sincerely,

                        /s/

                        R. Douglas Taylor, Jr.

cc:    Lisa A. Wolff (via regular mail)
        Christine Cox, Esq. (via regular mail)