IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | * CA No. L02-3932 |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Madam Clerk

      Please enter the appearance of Ronald M. Cherry as counsel for the Plaintiff, Lisa A. Wolff.

                                                  /s/
                                      Ronald M. Cherry (Bar No. 07927)
                                      214 Washington Avenue
                                      2nd Floor
                                      Baltimore, Maryland 21204-4718
                                      (410) 494-4954
                                      (10) 494-4952 (facsimile)
                                      Counsel for Plaintiff

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on May 27th, 2003 a copy of the foregoing Notice of Entry of Appearance was mailed to:

>James J. Kelley, Esquire
>Christine B. Cox, Esquire
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Ave., NW
>Washington, D.C.  20036

                            /s/
                    Ronald M. Cherry

2