**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

LISA A. WOLFF,                              *

     Plaintiff,                          *

        v.                              *            CA No. L02-3932

LITTON ADVANCED SYSTEMS,          *
     INC. *et al*

     Defendants.                        *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## REQUEST FOR MODIFICATION OF SCHEDULING ORDER

    Plaintiff, Lisa Wolff by and through her attorney, Ronald M. Cherry requests this

Honorable Court for an extension of time for designating Plaintiff's experts and says:

    1.  The current deadline for designating Plaintiff's experts is May 27, 2003.

    2.  The reason for the request is that counsel for Plaintiff was just informed of the

passing of his Mother.  He is leaving on this date to travel out of town to attend his

Mother's funeral.

    3.  Counsel for Defendant has agreed to give the requested extension and the parties

agree to the following dates:  June 13, 2003 – Plaintiff's experts to be designated; July 9,

2003 – Defendant to take Plaintiff's experts depositions; July 30, 2003 – Defendant's

experts to be designated; August 20, 2003 Plaintiff to take Defendant's expert

depositions.

    WHEREFORE, Plaintiff respectfully requests an extension that reflects the agreement

of the parties.

Respectfully Submitted,

_____/s/_____
Ronald M. Cherry (Bar No. 07927)
214 Washington Avenue
2nd Floor
Baltimore, Maryland 21204-4718
(410) 494-4954
(10) 494-4952 (facsimile)
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on May 27th, 2003 a copy of the foregoing Request

for Modification of Scheduling Order was sent electronically to:

James J. Kelley, Esquire
Christine B. Cox, Esquire
MORGAN, LEWIS BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C.  20036

Counsel for Defendant,
NORTHROP GRUMMAN SYSTEMS CORP

_____/s/_____
Ronald M. Cherry