IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| LISA A. WOLFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. L02-CV-3932 |
| ) | |
| LITTON ADVANCED SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF**

The undersigned, Mindy G. Farber and R. Douglas Taylor, Jr., pursuant to Local Rule 101(2)(a), respectfully request leave of the Court to withdraw their appearances as counsel for the plaintiff, Lisa A. Wolff ("Ms. Wolff"), and in support thereof state as follows:

1. On Monday, May 19, 2003, Ms. Wolff advised the undersigned by letter that she had retained other counsel to represent her in the above matter, requesting that the undersigned discontinue their representation of her.

2. On Tuesday, May 27, 2003, the undersigned received notice from the Clerk of the Court that Ronald M. Cherry, Esq. had entered his appearance as counsel on behalf of Ms. Wolff.

WHEREFORE, the undersigned respectfully request that the Court grant this motion and permit the undersigned to withdraw from this case as counsel for the plaintiff.

Respectfully submitted,

FARBER TAYLOR, LLC

_____/s/_____
Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
One Central Plaza, Suite 808

>11300 Rockville Pike
>Rockville, Maryland 20852
>(301) 881-6800 (Telephone)
>(301) 770-3927 (Facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, on this 27th day of May, 2003, to the following:

Ronald M. Cherry, Esquire
214 Washington Avenue, Second Floor
Baltimore, Maryland 21204
Counsel for plaintiff

James J. Kelley, Esquire
Christine B. Cox, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20036
Counsel for defendants

>_____/s/_____
>R. Douglas Taylor, Jr.