United States District Court
District of Maryland

**Chambers of
William D. Quarles, Jr.
United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

May 28, 2003

COUNSEL OF RECORD

    Re: Lisa A. Wolff v. Litton Advanced Systems, Inc.
       <u>et al., Civil No. WDQ-02-3932</u>

Dear Counsel:

    Having read and considered plaintiff's request for modification of the scheduling order (paper #18), and defendants having no objection to this request, the scheduling order in the above captioned matter will be amended as follows.

Plaintiff's experts to be designated — **June 13, 2003**

Defendants to take Plaintiff's experts depositions— **July 9, 2003**

Defendants' experts to be designated — **July 30, 2003**

Plaintiff to take defendants' expert depositions—**August 20, 2003**

Counsel to submit a Joint Status Report - **August 25, 2003**

Motions deadline - **September 25, 2003**

    A Pretrial Conference has been scheduled for **November 25, 2003 at 9:30 a.m.** Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and jury instructions are due from all parties at the pretrial conference.

    Despite its informal nature, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                /s/
                         William D. Quarles, Jr.
                         United States District Judge