IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| LISA A. WOLFF, | ) |
|    Plaintiff, | ) |
|       v. | ) CA No. L02-3932 |
| LITTON ADVANCED SYSTEMS, INC. | ) |
|    and | ) |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ) |
|    Defendants. | ) |

## JOINT STATUS REPORT

1. The parties conferred on Friday, August 22, 2003 at approximately 9:00 a.m. by telephone, represented by Ronald M. Cherry for Plaintiff and Christine B. Cox for Defendant, concerning this status report and various litigation matters.

2. Discovery will be complete as of Monday, August 25, 2003, with the exception of one deposition, which the parties agreed to hold on Friday, August 29, 2003 because of the witnesses' limited availability.

3. No motions are currently pending.

4. Defendant Northrop Grumman intends to file a Motion to Strike Plaintiff's Designated Expert. This motion will be filed during the week of August 25, 2003.

5. Defendant Northrop Grumman intends to file a Motion for Summary Judgment within the time frame set forth by this Court.

6.  Plaintiff requested a jury trial when she filed her original Complaint. Defendant anticipates the length of the trial to be three days. Plaintiff anticipates the length of the trial to be four days.

7.  The parties have discussed the possibility of settlement at various points during discovery including as recently as the conference of August 22, 2003. Plaintiff consents to the referral of this matter for trial to a magistrate judge. Defendant does not consent to the referral of this matter to a magistrate judge for trial.

8.  Plaintiff requests that this Court refer this case to mediation. Defendant does not object to this request.

9.  At this time, the parties have no other matters to bring to the Court's attention.

Dated: August 25, 2003

Respectfully submitted,

__/s/_____  
Ronald M. Cherry (Bar No. 07927)  
214 Washington Ave., 2nd Floor  
Baltimore, MD  21204-4718  
410.494.4954  
410.494.4952 (facsimile)  

COUNSEL FOR PLAINTIFF

___/s/_____  
James J. Kelley (Bar No. 06669)  
Christine B. Cox (Bar No. 14787)  
Morgan, Lewis and Bockius LLP  
1111 Pennsylvania Ave., N.W.  
Washington, D.C.  20004  
202.739.5828  
202.739.3001 (facsimile)  

COUNSEL FOR DEFENDANT