IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| LISA A. WOLFF,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LITTON ADVANCED SYSTEMS, INC.<br>　　　and<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION<br><br>　　　Defendants. | CA No. L02-3932 |

**PLAINTIFF'S WITHDRAWAL OF DESIGNATED EXPERT WITNESSES**

Counsel for Plaintiff Lisa A. Wolff ("Plaintiff"), Ronald M. Cherry conferred with counsel for Defendant Northrop Grumman Corporation, Christine B. Cox, on July 9, 2003 concerning Dr. Borzilleri, and on August 26, 2003 concerning Ms. Bartleson. In those conversations, Plaintiff's counsel agreed to withdraw its designation of both of these individuals as experts in this case. Accordingly, Plaintiff hereby withdraws her designation of Dr. Thomas Borzilleri and Karen Bartleson as experts in the above-captioned matter.

Dated:  August 27, 2003　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Ronald M. Cherry (Bar. No. 07927)
　　　　　　　　　　　　　　　　　　　　214 Washington Ave., 2nd Floor
　　　　　　　　　　　　　　　　　　　　Baltimore, MD  21204-4718
　　　　　　　　　　　　　　　　　　　　410.494.4954
　　　　　　　　　　　　　　　　　　　　410.494.4952 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Withdrawal of Designated Experts was served this 27th day of August, 2003, by facsimile and first class mail, postage prepaid on the following counsel of record for Defendant:

>James J. Kelley (Bar No. 06669)
>Christine B. Cox (Bar No. 14878)
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Ave., NW
>Washington, D.C.  20004
>202.739.3000
>202.739.3001 (facsimile)
>
>Counsel for Defendant
>NORTHROP GRUMMAN CORP.

>_____/s/_____
>Ronald M. Cherry