## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE**
**JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

August 27, 2003

## ORDER SCHEDULING  SETTLEMENT CONFERENCE

RE:   Lisa Wolff v. Litton Advanced Systems
      Civil Action No.: WDQ-02-3932

Dear Counsel:

Please be advised that a settlement conference in the above-entitled case has been set for Friday, November 14, 2003, 2003 at 9:30 a.m., and will be held in my chambers (Room 8B).  It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person.  Attendance by the attorney for a party is <u>not</u> sufficient.  If your client cannot attend in person and you wish to have him or her available by telephone, you will need advance permission from the Court to do so.  Please also be advised that the conference may take the entire day.

No later than Friday, November 7, 2003,   I would like to receive by regular mail, **<u>not</u> <u>electronically,</u>**  a short ex <u>parte</u> letter from each party candidly setting forth the following:

(1)     facts you believe you can prove at trial;

(2)     the major weaknesses in each side's case, both factual and legal;

(3)     an evaluation of the maximum and minimum damage awards you believe likely;

(4)     the history of any settlement negotiations to date; and

(5)     estimate of attorneys' fees and costs of litigation through trial.

The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  See 28 U.S.C.§ 652(d).  If you wish me to review any deposition excerpts or exhibits, please attach a copy to your letter.  For attachments which are more than two pages in length (particularly deposition excerpts) please highlight the portions

Lisa Wolff v. Litton Advanced Systems
Civil Action No.: WDQ-02-3932
August 27, 2003

which you want me to review.  I also will review the pleadings in the court file.  Additionally, if you wish
me to review any case authorities which you believe are critical to your evaluation of the
case, please identify them.

Please note that the American Bar Association Standing Committee on Ethics and Professional
Responsibility has recently issued a Formal Opinion (No. 93-370) which precludes a lawyer, **ABSENT
INFORMED CLIENT CONSENT,** from revealing to a judge the limits of the lawyer's settlement
authority or the lawyer's advice to the client regarding settlement.  The opinion does not preclude a
judge, in seeking to facilitate a settlement, from inquiring into those matters.  Therefore, please discuss
these items with your client before appearing for the settlement conference.

Despite the informal nature of this letter it will constitute an order of the Court and will be
docketed accordingly.

Very truly yours,
/S/
Paul W. Grimm
United States Magistrate Judge

cc:    Honorable William D. Quarles
       Chambers  File