IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| LISA A. WOLFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. L02-CV-3932 |
| ) | |
| LITTON ADVANCED SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF**

The undersigned, R. Douglas Taylor, Jr., pursuant to Local Rule 101(2)(a), respectfully requests leave of the Court to withdraw his appearances as counsel for the plaintiff, Lisa A. Wolff ("Ms. Wolff"), and in support thereof states as follows:

1. On Monday, May 19, 2003, Ms. Wolff advised the undersigned by letter that she had retained other counsel to represent her in the above matter, requesting that the undersigned discontinue his representation of her.

2. On Tuesday, May 27, 2003, the undersigned received notice from the Clerk of the Court that Ronald M. Cherry, Esq. had entered his appearance as counsel on behalf of Ms. Wolff.

3. On or about May 28, 2003, the undersigned filed a motion for leave to withdraw his appearance and the appearance of Mindy G. Farber, as counsel for the plaintiff. The Court granted the motion but has apparently only withdrawn the appearance of Ms. Farber.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit the undersigned, R. Douglas Taylor, Jr., to withdraw from this case as counsel for the plaintiff.

Respectfully submitted,

FARBER TAYLOR, LLC

_____/s/_____
R. Douglas Taylor, Jr. (#22542)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
(301) 881-6800 (Telephone)
(301) 770-3927 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, on this 28th day of August, 2003, to the following:

Ronald M. Cherry, Esquire
214 Washington Avenue, Second Floor
Baltimore, Maryland 21204
Counsel for plaintiff

James J. Kelley, Esquire
Christine B. Cox, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20036
Counsel for defendants

_____/s/_____
R. Douglas Taylor, Jr.