IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | CA No. L02-3932 |
| | * |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT IV AND COUNT V ONLY**

Plaintiff, Lisa Wolff ("Plaintiff"), by her undersigned attorney, pursuant to Rule 41 of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of Count IV and Count V of her Complaint. All Parties consent to this partial dismissal. This partial dismissal is with prejudice.

/s/
Ronald M. Cherry (Bar No. 07927)
214 Washington Avenue
2nd Floor
Baltimore, Maryland 21204-4718
(410) 494-4954
(10) 494-4952 (facsimile)
Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of September, 2003, a copy of the foregoing Notice Of Voluntary Dismissal of Counts IV and V Only was served electronically and mailed first-class, postage prepaid, to

>Christine B. Cox, Esquire
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Ave., NW
>Washington, D.C. 20036

_____/s/_____
Ronald M. Cherry