IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| LISA A. WOLFF, | ) |
| Plaintiff, | ) |
| v. | ) CA No. L02-3932 |
| LITTON ADVANCED SYSTEMS, INC. | ) |
| and | ) |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ) |
| Defendants. | ) |

**INDEX OF EXHIBITS TO DEFENDANT NORTHROP GRUMMAN CORP.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**Declarations (With Exhibits)**

1. Timothy Edwards, dated September 25, 2003 (with exhibits)

2. Gloria Flach, dated September 24, 2003 (with exhibits)

3. Douglas Norton, dated September 25, 2003 (with exhibits)

4. Thomas Shaffer, dated September 22, 2003 (with exhibits)

5. William White, dated September 23, 2003

**Summary Judgment Exhibits**

1. Letter from Litton Amecom to Lisa A. Wolff, April 20, 1988

2. Michael Gering Memorandum Recommendation re: Steve Mazzo, October 1, 2001

3. Lisa A. Wolff Job Search Documents, October 2001 through December 2001

4. Letter from Space Telescope Science Institute to Lisa Wolff, January 15, 2002

5. Lisa A. Wolff EEOC and PG County HRC Charges, dated January 10 and 11, 2001

6. EEOC Determination, dated June 29, 2002

7. Documentation of Medical Costs of Lisa A. Wolff

**Deposition Excerpts**

1. Excerpts from Lisa A. Wolff Deposition, July 29 and 31, 2003

2. Excerpts from Steven A. Mazzo Deposition, August 12, 2003

3. Excerpts from Bob W. Ossentjuk Deposition, August 13, 2003

4. Excerpts from Michael S. Gering Deposition, August 29, 2003