**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | * CA No. 1:02-3932 |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF LISA WOLFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, Lisa Wolff ("Wolff" or "Plaintiff"), through her undersigned counsel, in response to the Motion for Summary Judgment filed herein by Defendants says that there are genuine disputes to material facts and that Defendants are not entitled to judgment as a matter of law.

For these reasons and those stated in the Memorandum of Law in support of Plaintiff's Response to Defendants' Motion for Summary Judgment filed contemporaneously with this Response, Plaintiff requests that Defendant's Motion for Summary Judgment be denied..

| | |
|---|---|
| October 10, 2003 | /s/ |
| Date | Ronald M. Cherry (Bar No. 07927) |
| | 214 Washington Avenue |
| | 2nd Floor |
| | Baltimore, Maryland 21204-4718 |
| | (410) 494-4954 |
| | (410) 494-4952 (facsimile) |
| | ron.cherry@verizon.net |
| | Counsel for Plaintiff Wolff |