**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

|  |  |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| | * |
| v. | CA No. L02-3932 |
| | * |
| LITTON ADVANCED SYSTEMS, | * |
| INC. *et al* | |
| Defendants. | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## <u>TABLE OF CONTENTS</u>

Discussion ......................................................................................................... 2

Summary Judgment Standards ........................................................................... 2

Response to Statement of "Undisputed Facts ................................................... 3

Argument............................................................................................................. 4

The Offensive Conduct in Question was based on Plaintiff's gender................ 5

Mazzo Conduct Was Severe and Pervasive and Created a Hostile Work Environment..... 7

Liability Should Be Imputed to Defendants..................................................... 12

Plaintiff Can Present a prima Facie Case of Constructive Discharge .............. 15

Plaintiff Can and Should Prevail on her Claim of retaliation Under Title VII ................. 17

Plaintiff engaged in a protected activity.......................................................... 17

Defendants took adverse actions against Plaintiff........................................... 20

Conclusion........................................................................................................ 21