
# TABLE OF AUTHORITIES

*Adams v. Giant Food Inc.*, 25 F. Supp.2d 600 (D. Md. 2002) .......................................... 19

*Anderson v. G.D.C. Inc.*, 281 F.3d 452 (4th Circ. 2002) ................................................. 7, 8

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ....................................................... 3

*Baskerville v. Culligan Int'l Co.,* 50 F.3d 428 (7th Cir. 1995) ........................................... 8

*Burlington Indus., Inc. v. Ellerth*, 524 U.S. 742, 118 S.Ct. 2257 (1998) .......................... 16

*Celotex Corp. v. Catrett*, 477 U.S. 317, 106 S.Ct. 2548 (1986) ...................................... 13

*Conner v. Schrader-Bridgeport Int'l, Inc.*, 227 F.3d 179 (4th Cir. 2000) ........................... 3

*Evans v. Technologies Applications & Serv. Co.*, 80 F.3d 954 (4th Cir. 1996) .................. 7

*Faragher v. City of Boca Raton*, 524 U.S. 775, 118 S. Ct. 2275 (1998) ............................ 3

*Harris v. Forklift Systems, Inc.,* 510 U.S. 17, 114 S. Ct. 367 (1993) .......................... 12, 13

*Matvia v. Bald Head Island Management, Inc.,* 259 F.3d. 261 (4th Cir. 2001) .............. 7, 8

*Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57, 106 S.Ct. 2399 (1986) ................... 13

*Oncale v. Sundowner Offshore Servs., Inc.,* 523 U.S. 75, 118 S. Ct. 998 (1998) ............ 5,7

*Ocheltree v. Scollon Productions, Inc.,* 335 F.3d 325 (4th Cir. 2003) ............................ 5, 8

*Paroline v. Unisys Corporation,* 879 F.2d 100 (4th Cir. 1989) .......................................... 5

*Rabidue v. Osceola Refining Co.,* 805 F.2d 611 (6th Cir. 1986) ......................... 8, 9,14,15

*Rohan v. Networks Presentation LLC,* 192 F.Supp. 2d. 434 (D. Md. 2002) .................... 12

*Shaw v. Stroud*, 13 F.3d 791 (4th Cir. 1994) ...................................................................... 3

*Smith v. First Union National Bank*, 202 F3d 234 (4th Cir. 2000) ..................................... 5

*Spicer v. Virginia Department of Corrections,* 66 F.3d 705 (4th Cir. 1995) ................ 4, 12

*Von Guten v. Maryland,* 243 F.3d 858 (4th Cir. 2001) ................................................ 17, 20

*Ward v. Johns Hopkins University*, 861 F. Supp.367 (D. Md. 1994) ............................. 5, 6

*Rules*

Fed. R. Civ. P. 56(c) .................................................................................................... 2, 4

Fed. R. Civ. P. 56(e) .................................................................................................... 3, 4

*Statutes*

Title VII of the Civil Rights Act ...................................................................................... 4

*Regulations*

29 C.F.R. Sect. 1604.11(a) & (b) (1989) ......................................................................... 5

*Miscellaneous*

The American Heritage Dictionary……………………………………………………..6