**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

LISA A. WOLFF,  *

   Plaintiff,  *

      v.  *    CA No. 1:02-3932

LITTON ADVANCED SYSTEMS,  *
   INC. *et al*

   Defendants.  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of Defendants Motion for Summary Judgment and Memorandum of Law in support thereof, Plaintiff's Response thereto, and the entire record herein, it is this _____ day of _____, 2003, hereby

**ORDERED:**

1. That Defendant's Motion for Summary Judgment is **DENIED.**

_____
Judge William D. Quarles, Jr.
United States District Judge
In the United States District Court
For the District of Maryland, Baltimore Div.