**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | * CA No. L02-3932 |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October 2003, a copy of the Plaintiff's Response To Defendants' Motion For Summary Judgment was mailed first class postage prepaid to:

> James J. Kelley, Esquire
> Christine B. Cox, Esquire
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Ave., NW
> Washington, D.C. 20036
> Counsel for the Defendants

>   _____
> Ronald M. Cherry (Bar No. 07927)
> 214 Washington Ave. 2nd Floor
> Towson, MD 21204-4718
> (410) 494-4954
> (410) 494-4952 (facsimile)
> ron.cherry@verizon.net
> Counsel for Plaintiff Wolff