IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | CA No. 1:02-3932 |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

The Exhibits to Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment can only be converted to electronic format by scanning and are longer than 15 pages. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file paper copies of the documents identified above.

October 10, 2003             /s/
Date                         Ronald M. Cherry (Bar No. 07927)
                             214 Washington Avenue
                             2nd Floor
                             Baltimore, Maryland 21204-4718
                             (410) 494-4954
                             (410) 494-4952 (facsimile)
                             ron.cherry@verizon.net
                             Counsel for Plaintiff Wolff