```
         IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
LISA A. WOLFF,                *

    Plaintiff,                *

v.                            *   CIVIL NO.: WDQ-02-3932

LITTON ADVANCED SYSTEMS,      *
INC., et al.,
                              *
    Defendants.
*   *   *   *   *   *   *   *   *   *   *   *   *
                          ORDER
```

For the reasons stated in the accompanying Memorandum Opinion, it is, this 19th day of November 2003, ORDERED:

5.  That the Defendants' motion for summary judgment BE, and HEREBY IS, GRANTED;

6.  That the Clerk shall enter judgment for the Defendants; and

7.  That the Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge

1