IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA A. WOLFF | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. L02-CV-3932 |
| | ) | |
| LITTON ADVANCED SYSTEMS, INC. | ) | |
| and | ) | |
| NORTHROP GRUMMAN SYSTEMS | ) | |
| CORPORATION | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**BILL OF COSTS OF DEFENDANT
NORTHROP GRUMMAN CORPORATION**

Summary Judgment having been entered against Plaintiff in this action on November 19, 2003, Defendant Northrop Grumman Corporation ("Northrop Grumman"), requests that this Court, pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and Rule 109 of the Local Rules of the District of Maryland, tax the following costs against Plaintiff:

C **Fees of court reporter for transcripts
necessarily obtained for use in case:**

|  |  |
|---|---|
| Deposition of Plaintiff Lisa Wolff (7/29/03 and 7/31/03): Court Reporter Fees for Deposition Transcript (Invoice at Exhibit A) | $1,108.50 |
| Deposition of Karen Bartleson (8/11/03): Court Reporter Fees for Deposition Transcript (Invoice at Exhibit A) | $ 442.52 |

1-WA/2092438.1

|  |  |  |
|---|---|---|
|  | Deposition of Steven Mazzo (8/12/03):<br>Deposition Transcript<br>(Invoice at Exhibit A) | $ 467.50 |
|  | Deposition of Robert Ossentjuk (8/13/03):<br>Deposition Transcript<br>(Invoice at Exhibit A) | $ 155.00 |
|  | Deposition of Michael Gering (8/29/03):<br>Deposition Transcript<br>(Invoice at Exhibit A) | $ 212.30 |
| C | **Fees for exemplification and copies of papers necessarily obtained for use in case:** |  |
|  | Itemization of costs at Exhibit B | $ 116.76 |
| C | **Fees and disbursements for service of process of subpoena** *duces tecum*: |  |
|  | Dr. Steven Beckwith (7/24/03) | $ 45.00 |
|  | Dr. William Charmack (7/24/03) | 85.00 |
|  | Dr. Elizabeth Pallan (8/4/03) | 85.00 |
|  | Dr. Robert Dobriesin (8/4/03) | 85.00 |
|  | Dr. Nancy Magone (8/4/03) | 100.00 |
|  | (Invoices at Exhibit C) | $ 400.00 |
| C | **Travel to Colorado to conduct deposition of designated expert Karen Bartleson (7/25/2003) (Invoices at Exhibit D)** | $ 995.86 |
| C | **Travel to California to attend depositions of Steven Mazzo (8/12//2003) and Robert Ossentjuk (8/13/2003) (Invoices at Exhibit D)** | $3,239.64 |
| **Total Costs** |  | **$7,138.08** |

2

In accordance with 28 U.S.C. § 1924 and Local Rule 109, Northrop Grumman also submits the accompanying declaration of its duly authorized attorney and memorandum of law in support of its Bill of Costs.

Dated: December 3, 2003                    Respectfully submitted,

                                                                          _____/s/_____
James J. Kelley (Bar No. 06669)
Christine B. Cox (Bar No. 14878)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202-739-5095

Counsel For Defendant
NORTHROP GRUMMAN CORP.