IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

LISA A. WOLFF,

    Plaintiff,

v.

                              CIVIL NO   WDQ-02-3932

LITTON ADVANCED SYSTEMS, INC
et al.,                              *

    Defendants.

\*                        \*    \*              \*

MEMORANDUM OPINION AND ORDER

Pursuant to Federal Rule of Civil Procedure 60(b), Lisa Wolff, the Plaintiff, has timely filed a motion to reconsider her case, which this Court decided by Memorandum Opinion and Order dated November 19, 2003. Having found no justification to reconsider her claims, Wolff's motion for reconsideration will be denied

CONCLUSION

For the foregoing reasons, it is, this 15th day of December 2003, ORDERED that

1. The Plaintiff's motion for reconsideration BE, and HEREBY IS, DENIED.

                                                /s/

                                    William D. Quarles, Jr.
                                    United States District Judge