**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| LISA A. WOLFF, | * |
| Plaintiff, | * |
| v. | * CA No. 1:02-3932 |
| LITTON ADVANCED SYSTEMS, INC. *et al* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEAL**

A.   Plaintiff, Lisa Wolff ("Wolff"), through her undersigned counsel files this Notice of Appeal.

B.   Wolff is appealing an Order by the Honorable William D. Quarles, Jr., dated December 15, 2003, denying Wolff's Motion To Reconsider.

C.   This appeal is being taken to the United States Court of Appeals, Fourth Circuit.

Respectfully Submitted,

_____/s/_____
Ronald M. Cherry (Bar No. 07927)
212 Washington Avenue
3rd Floor
Baltimore, Maryland 21204-4718
(410) 494-4954
(410) 494-4952 (facsimile)
Counsel for Plaintiff
 LISA WOLFF

Copies to:

        James J. Kelley, Esquire
        Christine B. Cox, Esquire
        MORGAN, LEWIS BOCKIUS LLP
        1111 Pennsylvania Ave., NW
        Washington, D.C. 20036

Counsel for Defendant, NORTHROP GRUMMAN SYSTEMS CORP