**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LISA A. WOLFF | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. L02-CV-3932 |
| | ) | |
| LITTON ADVANCED SYSTEMS, INC. | ) | |
| and | ) | |
| NORTHROP GRUMMAN SYSTEMS | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION AND SUPPORTING MEMORANDUM
## TO AMEND CAPTION IN CIVIL ACTION NO. 02-3932

Defendant Northrop Grumman Corporation ("Northrop Grumman" or "Defendant") files this unopposed motion and supporting memorandum to amend the caption in this matter by removing "Litton Advanced Systems, Inc." from the caption and by replacing "Northrop Grumman Systems Corporation" with "Northrop Grumman Corporation." Litton Advanced Systems, Inc. is not a separate corporate entity from Northrop Grumman. See Defendant's Answer at 1 n.1. In April 2001, Northrop Grumman acquired Litton Industries, Inc. ("LII"). See id. at 2 ¶ 5. Until that time, Litton Advanced Systems, Inc. ("LAS") was a business unit of LII. See id. Upon Northrop Grumman's acquisition of LII, that business entity ceased to exist. Accordingly, the only proper defendant in this matter is Northrop Grumman. In addition, as set forth in Defendant's Answer to Plaintiff's Complaint, there is no entity by the name of "Northrop Grumman *Systems* Corporation" (emphasis added). See id. at 1 n.1. It is undisputed that the only correct defendant here is Northrop Grumman Corporation.

This motion is being filed at the suggestion of the Fourth Circuit, which has indicated that it cannot remove "Litton Advanced Systems, Inc." from the caption in the pending appeal that has been filed in that court (No. 04-1124) until the caption is revised in the District Court. <u>See</u> Exhibit 1 (February 10, 2004 letter from Fourth Circuit to counsel for Northrop Grumman Corp.) at 1.

Defendant respectfully requests that this Court amend the caption in Civil Action No. L02-CV-3932 so that the only defendant is Northrop Grumman Corporation. Plaintiff, through her counsel, has indicated that she does not oppose this Motion to Amend the Caption.

Dated: February 17, 2004                    Respectfully submitted,


                                            __/s/_____
                                            James J. Kelley (Bar No. 06669)
                                            Christine B. Cox (Bar No. 14878)
                                            Morgan, Lewis & Bockius LLP
                                            1111 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20004
                                            202.739.3000
                                            202.739.3001 (facsimile)

                                            Counsel for the Defendant
                                            NORTHROP GRUMMAN CORP.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

_____
                                          )
LISA A. WOLFF,                            )
                                          )
    Plaintiff,                            )
                                          )
       v.                                )    CA No. L02-3932
                                          )
LITTON ADVANCED SYSTEMS,                  )
    INC.                                  )
       and                              )
                                          )
NORTHROP GRUMMAN SYSTEMS                  )
CORPORATION                               )
                                          )
    Defendants.                           )
_____)

## **ORDER**

      Upon consideration of Defendant Northrop Grumman Corporation's Unopposed Motion and Memorandum to Amend the Caption in Civil Action No. 03-3932, and the entire record herein, it is this _____ day of _____, 2004, hereby **ORDERED**:

      1.     That caption in Civil Action No. 03-3932 is revised to indicated that the only defendant is Northrop Grumman Corporation.

                                _____
                                  Judge William D. Quarles, Jr.
                                  United States District Judge
                                  in the United States District Court
                                  for the District of Maryland, Baltimore Div.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of February, 2004, a copy of Defendant

Northrop Grumman Corporation's foregoing Unopposed Motion and Memorandum to

Amend the Caption in Civil Action No. 03-3932 and the Proposed Order were mailed,

first-class, postage prepaid to:

Ronald M. Cherry, Esq.
212 Washington Avenue
3rd Fl.  Ste. 5
Towson, MD  21204
301.494.4954
301.494.4952 (facsimile)

___/s/_____
Christine B. Cox