# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

February 10, 2004

Christine Bannon Cox, Esq.
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004


James Joseph Kelley II, Esq.
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004


        Re: 04-1124 Wolff v. Litton Advanced Syst
            CA-02-3932-WDQ


Dear Counsel:

        We acknowledge receipt of the counsel of record and disclosure forms submitted on behalf of Northrop Grumman Corporation.  It appears from the footnote on these forms that Litton Advanced Systems is no longer a viable entity.  However, as the District Court docket sheet continues to list said party as a defendant, and as appellant has, in the docketing statement, named Litton Advanced Systems as an adverse party to this appeal, we have identified Litton Advanced Systems as a defendant/appellee.  As such, we request that you enter your appearances and file a disclosure form on behalf of Litton Advanced Systems.  Alternatively, you may move in the District Court to amend the caption to reflect that Litton Advanced Systems is no longer a party to this case.  Should the District Court grant such a motion, we would amend our docket to reflect the change.

        If you desire to inquire about your case by telephone, please contact me directly by dialing (804) 916-2703.

                              Yours truly,

                              PATRICIA S. CONNOR
                                   Clerk


                                /s/ Lisa D. Nesbitt
                              By: _____
                                    Deputy Clerk


cc:   Ronald McGlenn Cherry