IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| LISA A. WOLFF, | ) |
| Plaintiff, | ) |
| v. | ) CA No. L02-3932 |
| LITTON ADVANCED SYSTEMS, INC. and | ) |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Northrop Grumman Corporation's Unopposed Motion and Memorandum to Amend the Caption in Civil Action No. 03-3932, and the entire record herein, it is this _____ day of __February__, 2004, hereby **ORDERED**:

1. That caption in Civil Action No. 03-3932 is revised to indicated that the only defendant is Northrop Grumman Corporation.

Judge William D. Quarles, Jr.
United States District Judge
in the United States District Court
for the District of Maryland, Baltimore Div.