02-3932

NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

October 22, 2004

**MANDATE**

TO: Clerk, District Court/Agency

FROM: Lisa D. Nesbitt
      Deputy Clerk

RE: 04-1124 Wolff v. Northrup Grumman

OCT 2 5 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 9/30/04.

[ ] Order and Certified Copy of Judgment
[x] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number

cc:   James Joseph Kelley II
      Christine Bannon Cox
      Ronald McGlenn Cherry


